NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**G. DAVID JANG, M.D.,**
*Plaintiff-Appellant,*

v.

**BOSTON SCIENTIFIC CORPORATION,
AND SCIMED LIFE SYSTEMS, INC.,**
*Defendants-Appellees.*

---

2011-1633

---

Appeal from the United States District Court for the Central District of California in case no. 05-CV-0426, Judge Virginia A. Phillips.

---

**ON MOTION**

---

**O R D E R**

Boston Scientific Corporation and Scimed Life Systems, Inc. move without opposition for an extension of time, until January 26, 2012, to file its response brief, and for an extension of time, until February 13, 2012, for G. David Jang, M.D. to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Douglas E. Lumish, Esq.
Matthew M. Wolf, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2011

JAN HORBALY
CLERK